1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JOSHUA HILL  (CABN 250842)
   Assistant United States Attorney
5     1301 Clay Street, Suite 340S
      Oakland, CA 94612
6     Telephone: (510) 637-3680
      Fax: (510) 637-3724
7     E-Mail: Joshua.Hill2@usdoj.gov

8  Attorneys for Plaintiff

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                                OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,            )    No. CR-10-0627-CW-2
13                                      )
          Plaintiff,                    )
14                                      )    NOTICE OF DISMISSAL
       v.                               )
15                                      )
   BRIAN KUHN,                          )
16                                      )    (Oakland Venue)
          Defendant.                    )
17                                      )
                                        )
18

19      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20  United States Attorney for the Northern District of California dismisses the above indictment

21  against Defendant Brian Kuhn without prejudice and moves that the Court quash the arrest

22  warrant issued in connection with the indictment in this case.

23  DATED:     April 13, 2012                   Respectfully submitted,

24                                              MELINDA HAAG
                                                United States Attorney
25

26                                                  /S/
                                                JOSHUA HILL
27                                              Assistant United States Attorney

28

   NOTICE OF DISMISSAL (CR-10-0627-CW-2)

1 | Leave is granted to the government to dismiss the indictment.  It is further ordered that the
2 | arrest warrant issued in connection with the indictment is quashed.
3 |
4 | Date: 4/16/2012                          /s/ Claudia Wilken
5 |                                          HON. CLAUDIA WILKEN
  |                                          United States District Judge